AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAHAN, James C. | U.S. District Court, Nevada | 05/1/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Suite 6085
Las Vegas,
Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MAHAN, James C.** | 05/1/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MAHAN, James C.** | 05/1/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA #1 | | | | | | | | | |
| 2.  -- Aberdeen Funds | A | Dividend | J | T | Sold<br>(part) | 02/13/19 | J | | |
| 3.  -- American Century Mutual Funds Growth Fund | A | Dividend | J | T | | | | | |
| 4.  -- American Century Invt TR Diversified BD FD CL 1 ACBPX | A | Dividend | J | T | Buy<br>(add'l) | 02/13/19 | J | | |
| 5.  -- American Century Invt TR Diversified BD FD CL 1 ACBPX | A | Dividend | J | T | Buy<br>(add'l) | 02/13/19 | J | | |
| 6.  -- American Century Invt TR Diversified BD FD CL 1 | A | Dividend | J | T | Sold<br>(part) | 03/21/19 | J | | |
| 7.  -- American Europacific Growth Fund Fu CL F2 | A | Dividend | J | T | Sold<br>(part) | 11/13/19 | J | | |
| 8.  -- American Europacific Diversified BD FD Instl CL | A | Dividend | J | T | | | | | |
| 9.  -- AQR FDS | A | Dividend | J | T | | | | | |
| 10.  -- Baird FDS Inc Aggregate BD FD Instl SHS Class 1 (X) | A | | J | T | Buy | 03/21/19 | J | | |
| 11.  -- Baird FDS Inc Aggregate BD FD Instl SHS Class 1 | A | | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 12.  -- Baird FDS Inc Aggregate BD FD Instl SHS Class 1 | A | | J | T | Buy<br>(add'l) | 08/13/19 | J | | |
| 13.  --Blackrock Funds Global Long Short CR FD Instl | A | Dividend | J | T | | | | | |
| 14.  -- Brookfield INVT Funds | A | Dividend | J | T | | | | | |
| 15.  -- Deutsche Securities Tr | A | Dividend | J | T | | | | | |
| 16.  -- Eaton Vance Mutual FDS | A | Dividend | J | T | | | | | |
| 17.  -- Gabelli ABC Fund (X) | A | Dividend | J | T | Buy | 02/13/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -- Goldman Sachs Tr Final Square Treas Instrs FD Instl CL | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 19.  -- Goldman Sachs Tr Final Square Treas Instrs FD Instl | A | Dividend | J | T | Buy (add'l) | 02/14/19 | J | | |
| 20.  -- Goldman Sachs TR Final Square Tras Instrs FD Instl | A | Dividend | J | T | Sold (part) | 07/12/19 | J | | |
| 21.  -- Goldman Sachs TR Final Square Treas Instrs FD Instl | A | Dividend | J | T | Buy (add'l) | 08/13/19 | J | | |
| 22.  -- Goldman Sachs TR Final Square Treas Instrs FD Instl | A | Dividend | J | T | Sold (part) | 10/11/19 | J | | |
| 23.  -- Fidelity 500 Index Fund | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 24.  -- Fidelity 500 Index Fund | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 25.  -- Fidelity 500 Index Fund | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 26.  -- Harbor FD | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 27.  -- Harbor FD | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 28.  -- Harbor FD | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 29.  -- Invesco Comstock Fund Class Y | A | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 30.  -- Invesco Comstock Fund Class Y | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 31.  -- John Hancock Funds II | A | Dividend | J | T | Buy (add'l) | 08/13/19 | J | | |
| 32.  -- JP Morgan TR II Core BD FD Select CL | A | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 33.  -- JP Morgan TR II Core BD FD Select CL | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 34.  -- JP Morgan Small Cap Equity Fund Class Select | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -- JP Morgan Small Cap Equity Fund Class Select | A | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 36. | -- Meridian Fund Inc. Small Cap Growth FD Investor CL | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 37. | -- Meridian Fund Inc. Small Cap Growth FD Investor CL | A | Dividend | J | T | Buy (add'l) | 08/13/19 | J | | |
| 38. | -- Meridian Fund Inc. Small Cap Growth FD Incestor CL | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 39. | -- Metropolitan West FDS - Total Return BD FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 40. | -- Metropolitan West FDS - Total Return BD FD CL 1 | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 41. | -- Metropolitan West FDS - Total Return BD FD CL 1 | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 42. | -- MFS Ser TR I Value FD CL | A | Dividend | J | T | Buy (add'l) | 08/13/19 | J | | |
| 43. | -- MFS Ser TR X Emerging Mkts Debt FD Class 1 (X) | | | J | T | Buy | 08/12/19 | J | | |
| 44. | -- Newberger Berman Alternative FDS - Long Short Fund INSTL CL | A | Dividend | J | T | | | | | |
| 45. | -- Nuveen Invt FDS Inc. Real Estate Secs Fund CL I | A | Dividend | J | T | | | | | |
| 46. | -- Pimco FDS PAC INVT MGMT SER TOTAL RETURN FD INST CL PTTRX | A | Dividend | J | T | | | | | |
| 47. | -- Principal FDS Inc | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 48. | -- Principal FDS Inc | A | Dividend | | T | Buy (add'l) | 08/12/19 | J | | |
| 49. | -- Principal FDS Inc | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 50. | -- Principal Global Real Estate Sec Fund Instl Class SHS POSIX (X) | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 51. | -- T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 02/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Wells Fargo Emerging Markets Equity Fund Class Inst (X) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 53. -- Wells Fargo Emerging Markets Equity Fund Class Inst | A | Dividend | J | T | Sold (part) | 11/13/19 | J | | |
| 54. -- Wells Fargo Funds TR Special Mid Cap Value FD CL 1 (X) | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 55. JOINT TENANCY ACCOUNT | | | | | | | | | |
| 56. -- Abderdeen US Small Cap EQ Fund Instl Class | D | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 57. -- American Century Invt TR Diversified BD FD CL 1 ACBPX | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 58. -- American Century Invt TR Diversified BD FD CL 1 | E | Dividend | J | T | Sold (part) | 03/21/19 | K | | |
| 59. -- American Europacific Growth Fund FU CL F2 | A | Dividend | J | T | | | | | |
| 60. -- AQR FDS Managed Futures Strategy FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 61. -- Baird FDS Inc Aggregate BD FD instl SHS Class 1 (X) | A | Dividend | K | T | Buy | 03/21/19 | K | | |
| 62. -- Baird FDS Inc Aggregate BD FD Instl SHS Class 1 | A | Dividend | J | T | Buy (add'l) | 03/22/19 | J | | |
| 63. -- Baird FDs Inc Aggregate BD FD Instl SHS Class 1 | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 64. -- Blackrock Funds Global Long/Short CR FD Instl | A | Dividend | J | T | | | | | |
| 65. -- Brookfield Invt Funds global Listed Real Estate FD CL Y | A | Dividend | J | T | | | | | |
| 66. -- Deutsche Secs TR Enhanced Commodity | A | Dividend | J | T | | | | | |
| 67. -- DWS Advanced Commodity Strategy Fund Inst SKIRX | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 68. -- Eaton Vance Mutual FDS Trust Global Macro | A | Dividend | J | T | | | | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -- Fidelity 500 Index Fund (X) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 70. -- Fidelity 500 Index Fund | A | Dividend | J | T | Buy (add'l) | 02/14/19 | J | | |
| 71. -- Fidelity 500 Index Fund | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 72. -- Gabelli ABC Fund (X) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 73. -- Goldman Sachs TR Final Square | A | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 74. -- Harbor Fund Small Cap Value FD Instl CL (X) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 75. -- Harbor Fund Small Cap Value FD Instl CL | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 76. -- Invesco Comstock Fund | D | Dividend | K | T | Sold (part) | 02/13/19 | J | | |
| 77. -- John Hancock FDS II Global Absolute Return | C | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 78. -- John Hancock Funds II Absolute Return Currency FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 79. -- JP Morgan TR 1 Small Cap Equity Fund | D | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 80. -- JP Morgan TR II Core BD FD Select CL | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 81. -- Meridian FD Inc Small Cap Growth FD Investor CL (X) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 82. -- Meridian FD Inc Small Cap Growth FD Investor CL | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 83. -- Metropolitan West FDS Total Return BD FC CL 1 | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 84. -- Metropolitan West FDS Total Return BD FD CL 1 | A | Dividend | K | T | Buy (add'l) | 08/12/19 | J | | |
| 85. -- MFS Ser TR X Emerging Mkts Debt FD Class 1 (X) | A | Dividend | J | T | Buy | 08/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -- MFS Ser TR X Emerging Mkts Debt FD Class 1 | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 87.  -- MFS Ser TR X Emerging Mkts Debt FD Class 1 | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 88.  -- Neuberger Berman Alternative FDS -- Long Short Fund Instl CL | A | Dividend | J | T | | | | | |
| 89.  -- Nuveen Invt FDS Inc Real Estate Secs Fund CL I | A | Dividend | J | T | | | | | |
| 90.  -- Pimco FDS Pac Invt Mgmt Ser Diversified Income FD Instl CL | A | Dividend | J | T | | | | | |
| 91.  -- Pimco FDS Pac Invt MGMT Ser Emerging Mkts BD FD Instl CL | A | Dividend | J | T | | | | | |
| 92.  -- Principal FDS Inc High Yield FD Instl CL | A | Dividend | J | T | Buy (add'l) | 03/21/19 | J | | |
| 93.  -- Principal FDS Inc High Yield FD Instl CL | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 94.  -- Principal FDS Inc Midcap Fund Instl Class | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 95.  -- Principal Global Real Estate Securities Fund Inst Cl SHS POSIX (X) | A | Dividend | J | T | | | | | |
| 96.  -- T Rowe Price Blue Chip Growth Fund | D | Dividend | J | T | Sold (part) | 02/13/19 | J | | |
| 97.  -- Wells Fargo Emerging Markets Equity Fund Class Inst | A | Dividend | J | T | | | | | |
| 98.  -- Wells Fargo Funds TR Special Mid Cap Value FD Cl 1 (X) | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 99.  J & E Mahan Agency (Alpine) | C | Int./Div. | N | U | | | | | |
| 100.  Mahan Heirs Partnership | G | Int./Div. | | | Sold | 09/30/19 | M | | |
| 101.  U.S. Bank | A | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MAHAN, James C.** | 05/1/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James C. MAHAN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544